MHW

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JOHNSON, CARAIL. M

**DEFENDANTS**
COLEMAN CABLE SYSTEM

**(b) County of Residence of First Listed Plaintiff** LAKE
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** LAKE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
No Attorney

**Attorneys (If Known)**

FILED
AUG 1 2008
8-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4391
JUDGE DER-YEGHIAYAN
MAG. JUDGE VALDEZ

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Discrimination

**DATE** 8/1/08