*MHN*

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Carail Johnson_

(Please print)

STREET ADDRESS: _1200 Pine St._

CITY/STATE/ZIP: _Waukegan, IL 60085_

PHONE NUMBER: _847-263-5082_

CASE NUMBER:

**08CV4391**
**JUDGE DER-YEGHIAYAN**
**MAG.JUDGE VALDEZ**

_Carail Johnson_
Signature

_8/4/08_
Date

**F I L E D**
8-1-2008
AUG - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT